AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>John Walter Clark IV<br><br>Defendant | Case: 1:24-mj-00241<br>Assigned to: Judge Faruqui, Zia M.<br>Assign Date: 8/6/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

**ARREST WARRANT**

RECEIVED
By USMS District of Columbia District Court at 10:52 am, Aug 07, 2024

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   John Walter Clark IV
,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) -- Assaulting, Resisting, or Impeding Certain Officers,
18 U.S.C. § 231(a)(3) -- Civil Disorder,
18 U.S.C. § 1752(a)(1) -- Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) -- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) -- Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) -- Act of Physical Violence in the Capitol Grounds or Buildings

Date:   08/06/2024

2024.08.06
15:31:31
-04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) 08/06/2024, and the person was arrested on (date) 08/19/2024
at (city and state) Culpeper, VA.

Date:   08/19/2024

*Arresting officer's signature*

Special Agent Clarke Burns
*Printed name and title*